Certificate Number: 14912-CAC-DE-036960206

Bankruptcy Case Number: 22-14172



14912-CAC-DE-036960206

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2022, at 5:36 o'clock PM EST, David Aleman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   November 7, 2022          By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor