| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

- ☐ Debtor(s) appearing without an attorney
- ☑ Attorney for Debtor(s)

## United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

David Aleman

Debtor(s).

CASE NO.: 6:22-bk-14172

CHAPTER: Chapter 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 11/14/2022    David Aleman    /s/ David Aleman
                    Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2     Signature of Debtor 2

December 2015

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 1002-1.EMP.INCOME.DEC

**(FMWC) FATHERS AND MOTHERS WHO CARE**   5335

| Employee | | | | SSN |
|---|---|---|---|---|
| David A. Aleman, 1460 W. Foothill Blvd, Apt. A103, Upland, CA 91786 | | | | ***-**-4545 |
| | | | | Pay Period: 09/01/2022 - 09/30/2022 |
| | | | | Pay Date: 10/04/2022 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 180:00 | | 3,280.29 | 3,280.29 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -247.00 | -247.00 |
| Social Security Employee | -203.38 | -203.38 |
| Medicare Employee | -47.56 | -47.56 |
| CA - Withholding | -46.27 | -46.27 |
| CA - Disability Employee | -36.08 | -36.08 |
| | -580.29 | -580.29 |
| Net Pay | 2,700.00 | 2,700.00 |

Fathers and Mothers Who Care, Inc., 10975 S. Vermont Ave., Los Angeles, CA, 90044

Powered by **Intuit Payroll**