United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-14172-RB |
| David Aleman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 13, 2023 | Form ID: 318a | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Aleman, 1460 West Foothill Blvd, A103, Upland, CA 91786-3622 |
| 41332027 | + | Debt Management Partners, 6400 Sheridan Dr Ste 100, Williamsville, NY 14221-4842 |
| 41332029 | + | Law Offices of Kenosian & Miele, 8581 Santa Monica Blvd, West Hollywood, CA 90069-4120 |
| 41332030 | + | Lewis Management Corp, 1156 N Mountain Ave, Upland, CA 91786-3633 |
| 41332031 | + | Lippman Recupero, 1325 N. Wilmot, 3rd Floor, Tucson, AZ 85712-5166 |
| 41332041 | + | UHG I, LLC, c/o Mandarich Law Group, 6301 Owensmouth Ave Ste 850, Woodland Hills, CA 91367-2271 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Feb 14 2023 05:19:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 14 2023 05:24:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41332026 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Feb 14 2023 00:30:00 | CASHNETUSA, 175 W Jackson Blvd Ste 1000, Chicago, IL 60604-2863 |
| 41332028 | + | EDI: DISCOVER.COM | Feb 14 2023 05:19:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 41332032 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2023 00:35:51 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 41332033 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2023 00:35:57 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 41332035 | ^ | MEBN | Feb 14 2023 00:28:54 | NCB MANAGEMENT SERVICES, 1 ALLIED DRIVE, TREVOSE, PA 19053-6945 |
| 41332037 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 14 2023 00:30:00 | NELNET / US DEPT OF EDUCATION, 121 S 13TH ST, LINCOLN, NE 68508-1922 |
| 41332038 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 14 2023 00:30:00 | NISSAN MOTOR ACCEPTANCE, PO BOX 660360, DALLAS, TX 75266-0360 |
| 41332034 | + | Email/Text: bankruptcy@ncaks.com | Feb 14 2023 00:30:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 41332039 | + | EDI: AGFINANCE.COM | Feb 14 2023 05:19:00 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 41332040 | ^ | MEBN | Feb 14 2023 00:29:42 | Suttell & Hammer, APC, PO Box C-90006, Bellevue, WA 98009 |

TOTAL: 12

| District/off: 0973-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: 318a | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| 41332036 | *+ | NCB MANAGEMENT SERVICES, 1 ALLIED DR, TREVOSE, PA 19053-6945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2023                                 Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Schild | on behalf of Interested Party Courtesy NEF bk@atlasacq.com |
| Benjamin Heston | on behalf of Debtor David Aleman bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Charles W Daff (TR) | charleswdaff@gmail.com c122@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David Aleman** | Social Security number or ITIN  xxx–xx–4545 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **6:22-bk-14172-RB**

## Order of Discharge – Chapter 7                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Aleman

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/13/23

**Dated:** 2/13/23                                                                 **By the court:**  Magdalena Reyes Bordeaux
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**17/AUTU**

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**